**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

```
SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,


    v.                                            CA 16-107 S


RHODE ISLAND COMMERCE
CORPORATION, et al.,
        Defendants.
```

### ORDER OF RECUSAL

I hereby recuse myself from participation in the above-referenced matter.

So ordered.

/s/ *William E. Smith*

_____
William E. Smith
Chief U.S. District Judge

Date: March 14th, 2016