UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RHODE ISLAND COMMERCE CORPORATION )<br>(F/K/A RHODE ISLAND ECONOMIC )<br>DEVELOPMENT CORPORATION), WELLS FARGO )<br>SECURITIES, LLC, PETER M. CANNAVA, )<br>KEITH W. STOKES, and JAMES MICHAEL SAUL )<br>)<br>Defendants. )<br>) | Civil Action No.<br>1:16-cv-00107-JJM<br><br>JURY DEMAND |

## **DEFENDANT PETER M. CANNAVA'S MOTION TO DISMISS COMPLAINT**

Defendant Peter M. Cannava hereby moves to dismiss the Securities and Exchange Commission's ("SEC") complaint dated March 7, 2016 (the "Complaint"). The SEC's claims against Mr. Cannava for aiding and abetting securities violations are deficient and must be dismissed pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), for the reasons set forth in the Memorandum of Law accompanying this Motion.

WHEREFORE, Peter M. Cannava respectfully requests that this Court:

(i)   Grant Mr. Cannava's Motion to Dismiss;

(ii)   Dismiss all claims as to Mr. Cannava (Counts Four and Eight) with prejudice; and

(ii)   Award such other relief as is deemed just and appropriate.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule of the United States District Court for the District of Rhode Island Rule 7(e), Mr. Cannava hereby requests a hearing for oral argument on each and every issue raised in his Motion to Dismiss and accompanying Memorandum of Law in Support of the Motion to Dismiss. Mr. Cannava estimates that the oral argument will require no more than one hour.

Respectfully submitted,

**PETER M. CANNAVA**

By his attorneys,

*/s/ Brian T. Kelly*
*/s/Charles A. Tamuleviz (by BTK with permission)*
Brian T. Kelly *(pro hac vice)*
bkelly@nixonpeabody.com
Stephen M. LaRose *(pro hac vice)*
slarose@nixonpeabody.com
Kathleen Ceglarski Burns (*pro hac vice*)
kburns@nixonpeabody.com
Charles A. Tamuleviz (#6115)
ctamuleviz@nixonpeabody.com
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Tel.: (401) 454-1000
Fax (401) 454-1030

Dated: May 9, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on May 9, 2016, and is available for viewing or downloading from the ECF system. This document was electronically served on the registered Participants as identified on the Notice of Electronic Filing (NEF).

*/s/Charles A. Tamuleviz (by BTK with permission)*

4815-6675-8961.1