UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Civil Action No. 1:16-cv-107-M |
| Plaintiff, | |
| v. | |
| RHODE ISLAND COMMERCE CORPORATION (F/K/A RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION), WELLS FARGO SECURITIES, LLC, PETER M. CANNAVA, KEITH W. STOKES, and JAMES MICHAEL SAUL, | |
| Defendants. | |

**JOINT REPORT OF
RULE 26(f) DISCOVERY PLAN**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties hereby submit their Joint Report, including their proposed pre-trial schedule for the conduct of discovery.

**Matters to be Addressed at Initial Conference**

A.   **Pending Motions**

None.

B.   **Discovery Events**

With regard to the limitations on discovery events, the parties anticipate that they will need to exceed the default limit of ten depositions.  The parties have agreed that the Commission may take up to 15 depositions, that defendant Rhode Island Commerce Corporation may take up to 15 depositions, and that defendants Wells Fargo and Mr. Cannava may jointly take up to 25 depositions.

**C.      Electronic Document Discovery**

The parties are aware of their obligations to preserve electronic discovery. The parties have already shared substantial document productions and are working cooperatively to share data in the format(s) desired by each party.

**D.      Proposed Schedule for Pretrial Discovery**

The parties have conferred on a discovery schedule and jointly propose the following schedule:

- Fact discovery deadline – October 20, 2017
- Deadline by which defendants must state their intention to rely on advice of counsel as a defense: June 16, 2017
- Affirmative expert reports (all parties) – December 4, 2017
- Rebuttal expert reports (all parties) – January 5, 2018
- Expert depositions complete – February 9, 2018
- Summary Judgment briefs due – March 21, 2018

**E.      Status of Initial Disclosures**

The Commission and the defendants will serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on November 29, 2016.

**F.      Alternative Dispute Resolution**

No agreement has been made at this time for consent to alternative dispute resolution.

Dated: November 23, 2016

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION,
By its attorneys,

/s/ Kathleen Burdette Shields
Kathleen Burdette Shields (Mass. Bar No. 637438)
Rua M. Kelly (Mass. Bar No. 643351)
Louis A. Randazzo (New York Bar No. 2416485)
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-8904 (Shields)
(617) 573-8941 (Kelly)
(617) 573-8985 (Randazzo)
(617) 573-4590 (Facsimile)
ShieldsKa@sec.gov; KellyRu@sec.gov; RandazzoL@sec.gov


RHODE ISLAND COMMERCE CORPORATION,
By its attorneys,

/s/ Benjamin Ledsham
Max Wistow (#0330)
Stephen P. Sheehan (#4030)
Benjamin Ledsham (#7956)
WISTOW, SHEEHAN & LOVELEY, PC
61 Weybosset St
Providence, RI 02903
(401) 831-2700
Fax: (401) 272-9752
mwistow@wistbar.com
spsheehan@wistbar.com
bledsham@wistbar.com

S. Gale Dick (admitted *pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY  10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
sgdick@cohengresser.com
jlang@cohengresser.com

WELLS FARGO SECURITIES, LLC
By its attorneys,

/s/ Luke T. Cadigan
Luke T. Cadigan (admitted *pro hac vice*)
Cooley LLP
500 Boylston St., 14th Floor
Boston, MA 02116
Phone: (617) 937-2480
Fax: (617) 937-2400
lcadigan@cooley.com

Christopher J. Valente (Bar No. 8808)
K&L Gates LLP
State St. Financial Center
One Lincoln St.
Boston, MA 02111
Phone: (617) 261-3100
Fax: (617) 261-3175
Christopher.valente@klgates.com


PETER CANNAVA,

By his attorneys,
/s/ Stephen M. LaRose
/s/ Charles A. Tamuleviz (by SML with permission)
Brian T. Kelly, Esq. (admitted *pro hac vice*)
Stephen M. LaRose (admitted *pro hac vice*)
Kathleen Ceglarski Burns (admitted *pro hac vice*)
Charles A. Tamuleviz (#6115)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Phone: (401) 454-1000
Fax: (401) 454-1030
bkelly@nixonpeabody.com
slarose@nixonpeabody.com
kburns@nixonpeabody.com
ctamuleviz@nixonpeabody.com

Certificate of Service

  I, Kathleen Burdette Shields, hereby certify that on November 23, 2016, I caused a true copy of the forgoing document to be filed through the ECF system, and accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  There are no non-registered participants as of today.

                   /s/ Kathleen Burdette Shields  
                   Kathleen Burdette Shields