UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RHODE ISLAND COMMERCE CORPORATION (F/K/A RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION), WELLS FARGO SECURITIES, LLC, PETER M. CANNAVA, KEITH W. STOKES, and JAMES MICHAEL SAUL,**<br><br>**Defendants.** | Civil Action No. 1:16-cv-107-M |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT RHODE ISLAND COMMERCE CORPORATION TO RESPOND TO COMPLAINT**

Defendant Rhode Island Commerce Corporation ("RICC") respectfully asks this Court to enter an order extending the time for the RICC to answer or otherwise respond to the Complaint as set forth herein.  The Securities and Exchange Commission ("Commission") assents to this request.  In support of this motion, the RICC states:

1. On October 28, 2016, the Court entered an order granting the RICC's Assented-to Motion for Extension of Time, pursuant to which order the RICC's answer is presently due December 30, 2016.

2. The Commission and the RICC have reached a settlement in principle that would resolve the litigation between them.  The settlement is awaiting formal approval by the Commission in accordance with normal procedures.

3. It is anticipated that the Commission's decision concerning its approval of the settlement will be forthcoming in early January 2017.

1534246.1

4.     The RICC requests that the deadline for the RICC to answer or otherwise respond to the Complaint be extended to January 30, 2017 in order to allow time for the Commission to complete its decision-making process concerning the settlement.

5.     The RICC and the Commission have agreed that both parties' interests would be served by the additional time.

Dated:  December 23, 2016

    Respectfully submitted,

    Defendant Rhode Island Commerce
    Corporation, through its attorneys,

    /s/  Max Wistow
    Max Wistow (#0330)
    Stephen P. Sheehan (#4030)
    Benjamin Ledsham (#7956)
    WISTOW, SHEEHAN & LOVELEY, PC
    61 Weybosset St
    Providence, RI 02903
    (401) 831-2700
    Fax:  (401) 272-9752
    mwistow@wistbar.com
    spsheehan@wistbar.com
    bledsham@wistbar.com

    /s/  S. Gale Dick
    S. Gale Dick (admitted *pro hac vice*)
    Jeffrey I. Lang (admitted *pro hac vice*)
    COHEN & GRESSER LLP
    800 Third Avenue, 21st Floor
    New York, NY  10022
    Phone:  (212) 957-7600
    Fax:  (212) 957-4514
    sgdick@cohengresser.com
    jlang@cohengresser.com

<u>Certificate of Service</u>

I hereby certify that this document was filed through the ECF system on December 23, 2016, and will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/  Jeffrey I. Lang</u>
Jeffrey I. Lang

1534246.1