UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RHODE ISLAND COMMERCE CORPORATION ) <br> (F/K/A RHODE ISLAND ECONOMIC ) <br> DEVELOPMENT CORPORATION), WELLS FARGO ) <br> SECURITIES, LLC, PETER M. CANNAVA, ) <br> KEITH W. STOKES, and JAMES MICHAEL SAUL ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:16-cv-00107-JJM <br><br> JURY DEMAND |

## **STIPULATION EXTENDING TIME**

Plaintiff Securities and Exchange Commission, Defendant Wells Fargo Securities, LLC ("Wells Fargo") and Defendant Peter M. Cannava hereby stipulate that Wells Fargo and Mr. Cannava shall have an extension of time to January 23, 2017 by which to serve their responses and objections to the following discovery propounded by Plaintiff:

1. Plaintiff's First Request for the Production of Documents dated December 8, 2016; and

2. Plaintiff's First Set of Interrogatories dated December 8, 2016.

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>By its attorneys,<br><br>*/s/ Kathleen Burdette Shields*<br>Kathleen Burdette Shields (Mass. Bar #637438)<br>ShieldsKa@sec.gov<br>Rua M. Kelly (Mass. Bar #643351)<br>KellyRu@sec.gov<br>Louis A. Randazzo (NY Bar #2416485)<br>RandazzoL@sec.gov<br>Securities and Exchange Commission<br>33 Arch Street, 24th Floor<br>Boston, MA 02110<br>(617) 573-8904 (Shields)<br>(617) 573-8941 (Kelly)<br>(617) 573-8985 (Randazzo)<br>(617) 573-4590 (Facsimile) | PETER M. CANNAVA<br><br>By his attorneys,<br><br>*/s/ Brian T. Kelly*<br>*/s/ Steven M. Richard (by BTK with permission)*<br>Brian T. Kelly *(pro hac vice)*<br>bkelly@nixonpeabody.com<br>Stephen M. LaRose *(pro hac vice)*<br>slarose@nixonpeabody.com<br>Kathleen Ceglarski Burns *(pro hac vice)*<br>kburns@nixonpeabody.com<br>Steven M. Richard (#4403)<br>srichard@nixonpeabody.com<br>Nixon Peabody LLP<br>One Citizens Plaza, Ste. 5<br>Providence, RI 02903<br>(401) 454-1000<br>(401) 454-1030 (Facsimile)<br><br>WELLS FARGO SECURITIES, LLC<br><br>By its Attorneys,<br><br>*/s/ Christopher J. Valente*<br>Christopher J. Valente (BBO #8808)<br>christopher.valente@klgates.com<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100<br>(617) 261-3175 (Facsimile)<br><br>and<br><br>*/s/ Luke T. Cadigan*<br>Luke T. Cadigan (admitted *pro hac vice*)<br>lcadigan@cooley.com<br>Cooley LLP<br>500 Boylston Street<br>14th Floor<br>Boston, MA 02116-3736<br>(617) 937-2480 |
| Dated:  January 12, 2017 | |

4835-9999-3408.1

## **CERTIFICATION**

  I hereby certify that on the 12th day of January, 2017, a copy of this Stipulation Extending Time was filed and served through the court's CM/ECF system.

            */s/ Brian T. Kelly*
            */s/ Steven M. Richard (by BTK with permission)*