# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:16-cv-00107-M-PAS |
| RHODE ISLAND COMMERCE CORPORATION, et al., ) | |
| Defendants. ) | |

## WELLS FARGO SECURITIES, LLC AND PETER M. CANNAVA'S JOINT MOTION FOR DISCOVERY SANCTIONS AND, IN THE ALTERNATIVE, A LIMITED REOPENING OF FACT DISCOVERY

For the reasons set forth in the accompanying Memorandum of Law, Wells Fargo Securities, LLC and Peter M. Cannava (collectively, the "Defendants") hereby move for discovery sanctions to preclude the Securities and Exchange Commission ("SEC") from using certain declarations as evidence on a motion, at a hearing, or otherwise. In the alternative, the Defendants request a limited reopening of fact discovery to enable the Defendants to take short depositions of the declarants.

WHEREFORE, the Defendants respectfully request that the Court (1) grant this motion, and either (a) preclude the SEC from using the declarations as evidence on a motion, hearing, or otherwise; or (b) allow a limited reopening of fact discovery to enable the Defendants to take short depositions of the declarants; (2) award reasonable expenses, including attorney's fees, incurred in connection with the SEC's discovery violations; and (3) order such other relief as the Court deems just and necessary.

**REQUEST FOR HEARING**

Pursuant to Local Rule 7(c), the Defendants respectfully request oral argument on this Motion. The Defendants estimate a hearing should take no more than one hour.

    Respectfully submitted,
*Luke T. Cadigan*
*Michael R. Creta (by LTC with permission)*
Luke T. Cadigan (admitted *pro hac vice*)
lcadigan@cooley.com
COOLEY LLP
500 Boylston Street, 14th Floor
Telephone: 617-937-2480
Facsimile: 617-937-2400

Christopher J. Valente (Bar No. 8808)
christopher.valente@klgates.com
Michael R. Creta (Bar No. 9535)
michael.creta@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Telephone: 617.261.3100
Facsimile: 617.261.3175

*Counsel for Defendant Wells Fargo Securities, LLC*

*Brian T. Kelly*
*Steven M. Richard (by BTK with permission)*
Brian T. Kelly (*pro hac vice*)
bkelly@nixonpeabody.com
Stephen M. LaRose (*pro hac vice*)
slarose@nixonpeabody.com
Kathleen Ceglarski Burns (*pro hac vice*)
kburns@nixonpeabody.com
Steven M. Richard (#4403)
srichard@nixonpeabody.com
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Tel.: (401) 454-1000
Fax: (401) 454-1030

*Counsel for Defendant Peter M. Cannava*

Dated:  May 24, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2018, the foregoing document was filed electronically and is available for viewing or downloading from the ECF system. This document was electronically served on the registered participants as identified on the notice of electronic filing (NEF).

                                          */s/ Luke T. Cadigan*