# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Securities and Exchange Commission**　　　　**C.A. No. CV 16-00107 JJM**

**v.**

**Peter M. Cannava**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Defendant, Peter M. Cannava per the Text Order granting Defendant's Motion for Summary Judgment, entered on 6/11/2019.**

　　　　　　　　　　　　　　　　　　**Enter:**

　　　　　　　　　　　　　　　　　　/s/Vickie McGuire
　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Dated: June 11, 2019**